City of Wheaton, appellee, v. Edward Howard, appellant. Gen. No. 8,913.

 Opinion
filed March 22, 1935.

A. R. Moyle, for appellant; Edwin S. Wertz, of counsel. Carlton L. Fischer, for appellee; George William Pierce, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

## Fourth District.

Rosetta Hungate, appellee, v. Westchester Fire Insurance Company, New York City, New York, appellant.

 Opinion filed March 4, 1935. Rehearing denied May 28, 1935.

Samuel Levin and Layman & Johnson, for appellant. Carl Choisser and S. M. Ward, for appellee.

Mr. Justice Stone delivered the opinion of the court.

Christopher Building and Loan Association, appellee, v. Sheldon R. Gilbert and Eunice R. Gilbert, appellants.

 Opinion filed March 4, 1935.

D. F. Moore, for appellants. H. E. Morgan, for appellee.

Mr. Justice Stone delivered the opinion of the court.